IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00463-BNB

MARK L. LUTHER,

Applicant,

v.

WARDEN COZZETO, Fort Lyon Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 23 2009

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant Mark L. Luther initiated this action by filing *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 12, 2009, Magistrate Judge Boyd N. Boland ordered Mr. Luther to file an amended application for a writ of habeas corpus that clarifies the claims he is asserting in this action. Mr. Luther was warned that the action would be dismissed without further notice if he failed to file an amended habeas corpus application within thirty days.

Mr. Luther has failed to file an amended application for a writ of habeas corpus within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's March 12 order. Therefore, the application will be denied and the action will be dismissed without prejudice for failure to file an amended application as directed. Accordingly, it is

ORDERED that the habeas corpus application is denied and the action is dismissed without prejudice for failure to file an amended application as directed.

DATED at Denver, Colorado, this 22 day of April, 2009.

BY THE COURT:

*Zita L. Weinshienk*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00463-BNB

Mark L. Luther
Prisoner No. 87160
Fort Lyon Correctional Facility
PO Box 1000 - Unit 8-2-246
Fort Lyon, CO 81038

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 4/23/09

                                                 GREGORY C. LANGHAM, CLERK

                                                 By: _____
                                                             Deputy Clerk